IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LEVINGSTON, as Administratrix of the Estate of George Fredrick Levingston, II, Deceased<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE ARVALO LUNA, and SEAHORSE TRANSPORTATION, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 17-0280-CG-B<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Counsel for the parties notified the Court that this action has been settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 13th day of April, 2018.

　　　　　　　　　　　　　　　　　　/s/ Callie V. S. Granade
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE